IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 1:16-cv-00425-TDS-JEP |
| STATE OF NORTH CAROLINA; PATRICK McCRORY, in his Official Capacity as Governor of North Carolina; NORTH CAROLINA DEPARTMENT OF PUBLIC SAFETY; UNIVERSITY OF NORTH CAROLINA; and BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA, | § § § § § § § § § § § § | |
| Defendants. | § | |

**ORDER [PROPOSED] GRANTING LEAVE
TO FILE BRIEF AS *AMICI CURIAE***

Before the Court is motion for leave of **TEXAS, ARKANSAS, ARIZONA, WEST VIRGINIA, ALABAMA, WISCONSIN, GEORGIA, NEBRASKA, LOUISIANA, SOUTH CAROLINA, COMMONWEALTH OF KENTUCKY, by and through Governor Matthew G. Bevin, UTAH, and GOVERNOR PHIL BRYANT of the State of Mississippi** to file a brief as *Amici Curiae* in opposition to the United States' Motion for Preliminary Injunction.

Upon consideration of the motion, the proposed brief, the Court finds the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that Movants are granted leave to file their brief as *Amici Curiae*.

IT IS FURTHER ORDERED that the Clerk shall separately docket the proposed brief as *Amici Curiae* attached to Movants' motion and revise Movants' designation in the case to *Amici Curiae*.

Dated: _____, 2016.

_____
Thomas D. Schroeder
United States District Judge