# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **NORTH CAROLINIANS FOR PRIVACY**, an unincorporated nonprofit association; **A.K.**, a minor, by and through his parent and guardian, **Y.K.**; **C.K.**, a minor, by and through her parent and guardian, **Y.K.**; **B.K.,** a minor, by and through his parent and guardian, **Y.K.**; **D.H.**, a minor, by and through his parent and guardian, **D.H.**; **S.H.**, a minor, by and through her parent and guardian, **D.H.**; **Y.K.**, on behalf of himself and his minor children; **D.H.**, on behalf of herself and her minor children; **R.F.**, on behalf of himself and his minor child,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>**UNITED STATES DEPARTMENT OF JUSTICE**; **LORETTA E. LYNCH**, in her official capacity as United States Attorney General; **UNITED STATES DEPARTMENT OF EDUCATION**; and **JOHN B. KING, JR.,** in his official capacity as United States Secretary of Education,<br><br>　　Defendants. | Case No. 1:16-CV-00845-TDS-JEP |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

1

TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs North Carolinians for Privacy (an unincorporated nonprofit association), A.K. (a minor, by and through his parent and guardian, Y.K.), C.K. (a minor, by and through her parent and guardian, Y.K.), B.K. (a minor, by and through his parent and guardian, Y.K.), D.H. (a minor, by and through his parent and guardian, D.H.), S.H. (a minor, by and through her parent and guardian, D.H.), Y.K. (on behalf of himself and his minor children), D.H. (on behalf of herself and her minor children), and R.F. (on behalf of himself and his minor child) (collectively, "Plaintiffs"), by and through their counsel of record, hereby voluntarily dismiss the above-captioned action (including all claims) *without prejudice* as to defendants United States Department of Justice, Loretta E. Lynch (in her official capacity as United States Attorney General), United States Department of Education, and John B. King, Jr. (in his official capacity as United States Secretary of Education) (collectively, "Defendants").

Because Defendants have not served an answer or a motion for summary judgment in the above-captioned action, this Notice is effective to dismiss the action without prejudice and without the need for a court order, in accordance with the provisions of Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted this 31st day of August, 2016.

/s/ James A. Campbell  /s/ Deborah J. Dewart

| | |
|---|---|
| Jeremy D. Tedesco, AZ 023497* | Deborah J. Dewart, NC Bar 30602 |
| James A. Campbell, AZ 026737* | LIBERTY, LIFE, AND LAW |
| Kristen Waggoner, AZ 032382* | FOUNDATION |
| Kenneth J. Connelly, AZ 025420* | 620 E. Sabiston Drive |
| Joseph E. LaRue, AZ 031348* | Swansboro, NC 28584-9674 |
| J. Caleb Dalton, AZ 030539* | (910) 326-4554 |
| ALLIANCE DEFENDING FREEDOM | (877) 326-4585 Fax |
| 15100 N. 90th Street | debcpalaw@earthlink.net |
| Scottsdale, Arizona 85260 | |
| (480) 444-0020 | *Local Civil Rule 83.1 Counsel for Plaintiffs* |
| (480) 444-0028 Fax | |
| jtedesco@adflegal.org | |
| jcampbell@adflegal.org | |
| kwaggoner@adflegal.org | |
| kconnelly@adflegal.org | |
| jlarue@adflegal.org | |
| cdalton@adflegal.org | |

David A. Cortman, GA 188810*
J. Matthew Sharp, GA 607842*
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Road NE
Suite D-1100
Lawrenceville, Georgia 30043
(770) 339-0774
(770) 339-6744 Fax
dcortman@adflegal.org
msharp@adflegal.org

*Attorneys for Plaintiffs*
*Appearing by special appearance pursuant to L.R. 83.1(d)

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2016, I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE with the Clerk of Court by using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

Date: August 31, 2016

/s/ James A. Campbell
James A. Campbell

4

Case 1:16-cv-00845-TDS-JEP   Document 63   Filed 08/31/16   Page 4 of 4